CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 18 2013

JULIA C. DUDLEY, CLERK
BY:
     DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| GARY BUTERRA WILLIAMS, | ) | CASE NO. 7:13CV00375 |
| Plaintiff, | ) | |
| | ) | FINAL ORDER |
| v. | ) | |
| MR. J. COLLINS, ET AL., | ) | By: Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendant(s). | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that plaintiff's motion for leave to file a second amended complaint in place of his original complaint and amended complaint (ECF No. 18) is **GRANTED**; the clerk is **DIRECTED** to add to the docket the new defendants named in the second amended complaint (ECF No. 19); this civil action as so amended is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), as frivolous; and this action is stricken from the active docket of the court.

ENTER: This 17th day of October, 2013.

_____
Chief United States District Judge